CHOONYOUN LEE
1571 East Gate Way
Pleasanton, CA 94566
(925) 484-2522

Plaintiff in Pro Per

RECEIVED
2010 FEB 16 A 11:47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOONYOUN LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T and COMMUNICATION WORKERS OF AMERICA, Union<br><br>    Defendants. | Case No.: C 09-05614 MHP<br><br>**STIPULATED REQUEST FOR ORDER AND ORDER CHANGING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE BEFORE JUDGE PATEL** |

-1-
STIPULATED REQUEST FOR ORDER CHANGING TIME

## STIPULATION

Plaintiff Choonyoun Lee, pro per, and defendants AT&T Corp. and Communication Workers of America, acting through their respective counsels of record, hereby stipulate and request that the Court postpone the Case Management Conference scheduled for March 8, 2010, until April 12, 2010, or as shortly thereafter as the Court finds appropriate. In support of their stipulation and request, the parties show the following:

1. Plaintiff filed this action pro per.
2. Plaintiff has not yet been able to retain legal counsel to represent her in this action.
3. Plaintiff has only recently retained legal representation to counsel her and to seek an informal resolution of the issues raised in this matter.
4. The parties are in discussions regarding submitting this case to mediation.
5. Postponement of the date for the case management conference would allow the parties more time in which to seek an informal resolution of this dispute through negotiation and/or mediation.
6. There have been no previous time modifications in the case, whether by stipulation or Court order.
7. The requested time modification will have a negligible effect on the schedule of the case as the case has not been scheduled for trial and there are no other hearings scheduled in this matter before the Court. This case is in its preliminary stages.
8. Based on the foregoing, it would be premature to convene a case management conference in March 2010, and the parties respectfully submit that a case management conference in April 2010 would be more meaningful and productive for the Court and the parties.

Dated: February 11, 2010          CHOONYOUN LEE
                                   PRO PER

                                   By: *Choonyoun Lee*
                                   Choonyoun Lee
                                   Pro Per

-2-
STIPULATED REQUEST FOR ORDER CHANGING TIME

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February ⟨⟩, 2010 | JOHN H. CURLEY<br>AT&T SERVICES, INC. LEGAL DEPARTMENT |
| 3 | | By: _____ |
| 4 | | John H. Curley<br>Attorneys for Defendant |
| 5 | | AT&T Corp. |
| 6 | Dated: February ___, 2010 | DAVID A. ROSENFELD<br>CAREN P. SENCER |
| 7 | | WEINBERG, ROGER & ROSENFELD |
| 8 | | |
| 9 | | By: _____<br>David Rosenfeld |
| 10 | | Caren Sencer<br>Attorneys for Defendant |
| 11 | | Communication Workers of America |

-3-
STIPULATED REQUEST FOR ORDER CHANGING TIME

| | | |
|---|---|---|
| Dated: February , 2010 | | JOHN H. CURLEY<br>AT&T SERVICES, INC. LEGAL DEPARTMENT |

By: _____
   John H. Curley
   Attorneys for Defendant
   AT&T Corp.

Dated: February 12, 2010

DAVID A. ROSENFELD
CAREN P. SENCER
WEINBERG, ROGER & ROSENFELD

By: _____
   David Rosenfeld
   Caren Sencer
   Attorneys for Defendant
   Communication Workers of America

-3-
STIPULATED REQUEST FOR ORDER CHANGING TIME

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference scheduled for March 8, 2010, is hereby continued to April 19, 2010. Pursuant to this Order, the deadlines to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan; to file ADR Certification signed by Parties and Counsel; to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and, to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement have been continued accordingly.

Dated: February 17, 2010.



| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, the undersigned, declare that I am over the age of 18 years and not a party to the within |
| 3 | entitled action. I am employed at THE LUCAS LAW FIRM, 180 Montgomery Street, Suite |
| 4 | 2000, San Francisco, CA 94104. On the date stated below I served the following document: |

1. **Stipulated Request for Order and Order Changing Time for Initial Case Management Conference Before Judge Patel**
2. **Declaration of Shawna Casebier in Support of Stipulated Request for Order Changing Time for Initial Case Management Conference**

To: John Curley, Esq.
AT&T Services, Inc. – Legal Department
525 Market St., Room 2017
San Francisco, CA 94105

David Rosenfeld, Esq.
Caren Secncer, Esq.
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

X **BY MAIL:** I placed true and correct copies of the above documents in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further placed said envelope(s) in the United States mail, in the City and County of San Francisco, California.

X (State) I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

The original of any document filed with the court was printed on recycled paper.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **February 16, 2010**, at San Francisco, California.

*/s/ Shawna Casebier*
Shawna Casebier

Certificate of Service - 1