UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHOONYOUN LEE,

        Plaintiff,

  v.

COMMUNICATIONS WORKERS OF AMERICA et al,

        Defendant.

                             /

Case Number: CV09-05614 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Choonyoun Lee
1571 East Gate Way
Pleasanton, CA 94566

Dated: February 18, 2010

                                        Richard W. Wieking, Clerk
                                        By: Anthony Bowser, Deputy Clerk