**United States District Court**
For the Northern District of California

1          **\*E-Filed 04/26/2010\***

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12   CHOONYOUN LEE,                              No. C 09-5614 RS

13              Plaintiff,                       **ORDER DENYING REQUEST FOR**
                                                 **APPOINTMENT OF COUNSEL**
        v.
14

15   AT&T CORPORATION, et al.,

16              Defendants.
     _____/
17

18

19          By letter dated April 20, 2010, plaintiff Choonyoun Lee seeks appointed counsel in this

20   lawsuit against defendant corporation AT&T.  Plaintiff explains that since the initiation of the

21   lawsuit, Lee has only found employment on a sporadic and temporary basis.  Although no attorney

22   has entered an appearance on plaintiff's behalf before this Court, Lee claims to have retained

23   counsel but that the attorney has not agreed to provide representation should the matter proceed to

24   trial.

25          Generally, a person has no right to appointed counsel in civil actions.  *See Storseth v.*

26   *Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981).  A court may under "exceptional circumstances"

27   appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1).  *Agyeman v. Corrs.*

28   *Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004).  When determining whether "exceptional

**United States District Court**
For the Northern District of California

1  circumstances" exist, a court considers "the likelihood of success on the merits as well as the ability

2  of the petitioner to articulate his claims pro se in light of the complexity of the legal issues

3  involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Neither of these considerations is

4  dispositive; rather, they must be viewed together. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th

5  Cir. 1986).

6          Lee has presented no evidence of indigency, or that the circumstances are "exceptional"

7  within the meaning described above.  Accordingly, there is no legal basis to support the appointment

8  of counsel and the request is denied.

9          Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the

10  Volunteer Legal Services Program, by calling 415/782.9000  x8657 or signing up for an

11  appointment on the 15th Floor of the Courthouse, Room 2796.  At the Legal Help Center, plaintiff

12  may speak with an attorney who may be able to provide basic legal help but not legal representation.

13

14          IT IS SO ORDERED.

15

16  Dated: 04/26/2010

17                                                    RICHARD SEEBORG
                                                      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

No. C 09-5614
ORDER

2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY PROVIDED\* TO:**

Caren P. Sencer                          courtnotices@unioncounsel.net

David Albert Rosenfeld          courtnotices@unioncounsel.net

John H Curley                            jcurley@att.com


**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Choonyoun Lee**
1571 East Gate Way
Pleasanton, CA 94566


DATED:  04/26/2010

                                                                    /s/ Chambers Staff
                                                                    Chambers of Judge Richard Seeborg


\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

No. C 09-5614
ORDER

3