*E-Filed 7/7/10*

1  JOHN M. SKONBERG, Bar No. 069409
   JOHN S. HONG, Bar No. 255150
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA 94108.2693
   Telephone:  415.433.1940
5  Fax No.:    415.399.8490

6  Attorneys for Defendant
   AT&T CORP.
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 CHOONYOUN LEE,                    | Case No. CV-09-5614-RS
12            Plaintiff,             | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AT&T CORP.; [PROPOSED] ORDER**
13      v.                           |
14 AT&T CORP., et al.,               | CASE REMOVED: November 30, 2009
                                     | TRIAL DATE: No date set.
15            Defendants.            |

16

17 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

18      Please take notice that Defendant AT&T CORP. substitutes John M. Skonberg and
19 John S. Hong of Littler Mendelson, P.C. as attorneys of record in this matter.

20                    **WITHDRAWING ATTORNEY(S)**

21 JOHN H. CURLEY, Bar No. 256677
22 AT&T CORP.
   525 Market St., Room 2017
23 San Francisco, CA 94105
   Telephone:  415.778.1491
24 Facsimile:  218.664.9779

25 ///

26 ///

27 ///

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF SUBSTITUTION OF COUNSEL                          Case No. CV-09-5614-RS

**SUPERSEDING ATTORNEY(S)**

JOHN M. SKONBERG, Bar No. 069409
JOHN S. HONG, Bar No. 255150
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Fax No.:      415.399.8490

**SUBSTITUTION BASED ON CONSENT**

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Dated: July 2, 2010

AT&T CORP.

By: _____
JOHN H. CURLEY

Dated: July 6, 2010

_____
JOHN M. SKONBERG
JOHN S. HONG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AT&T CORP.

**ORDER**

IT IS SO ORDERED.

Dated: 7/7/10

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Firmwide:96180306.1 061317.1000

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF SUBSTITUTION OF COUNSEL        2.        Case No. CV-09-5614-RS