**\*E-Filed 07/21/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOONYOUN LEE, | No. C 09-05614 RS |
| Plaintiff, | |
| v. | **ORDER** |
| COMMUNICATIONS WORKERS OF AMERICA, et al., | |
| Defendants. | |

    Because the plaintiff, Choonyoun Lee, has requested and is in need of counsel to assist in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Krista L. Shoquist is hereby appointed as counsel for Choonyoun Lee in this matter.

    Pursuant to the Guidelines for the Federal Pro Bono Project, the matter is stayed for four weeks from the date of this Order.  Accordingly, the Case Management Conference currently scheduled for August 5, 2010 is continued to September 30, 2010 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement one week prior to the Conference.

    **IT IS SO ORDERED.**

Dated: 07/21/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE