*E-Filed 9/14/10*

KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
DHILLON & SMITH LLP
214 Grant Avenue, Suite 400
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff, Choonyoun Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Choonyoun Lee,<br><br>Plaintiff,<br><br>v.<br><br>AT&T Corp. and Communication Workes of America, Union,<br><br>Defendants. | Case Number: CV-09-5614-RS<br><br>[PROPOSED] STIPULATED VOLUNTARY DISMISSAL AND JUDGMENT<br><br>Honorable Richard Seeborg |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including the complaint asserted therein, is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear its own attorneys' fees and costs.

---

[Proposed] Stipulated Voluntary        1         Case No: CV-09-5614-RS
Dismissal and Judgment

| | | |
|---|---|---|
| Dated: September 13, 2010 | | DHILLON & SMITH LLP |
| | By: | |
| | | *[signature]* |
| | | Krista L. Shoquist (SBN: 264600) |
| | | Attorneys for Plaintiff Choonyoun Lee |
| | | |
| Dated: September ___, 2010 | | WEINBERG, ROGER & ROSENFELD |
| | | A Professional Corporation |
| | By: | |
| | | |
| | | David A. Rosenfeld (SBN: 058163) |
| | | Caren P. Spencer (SBN: 233488) |
| | | Attorneys for Defendant Communication Workers of America, Union |
| | | |
| Dated: September 13, 2010 | | LITTLER MENDELSON |
| | | A Professional Corporation |
| | By: | |
| | | *[signature]* |
| | | John M. Skonberg (SBN: 069409) |
| | | John S. Hong (SBN: 255150) |
| | | Attorneys for Defendant AT&T Corp. |

[Proposed] Stipulated Voluntary Dismissal and Judgment     2     Case No: CV-09-5614-RS

```
 1  Dated: September ___, 2010
 2                                              DHILLON & SMITH LLP
 3                                     By:
 4
 5                                              _____
 6                                              Krista L. Shoquist (SBN: 264600)
                                                Attorneys for Plaintiff Choonyoun Lee
 7
 8  Dated: September 13, 2010                   WEINBERG, ROGER & ROSENFELD
 9                                              A Professional Corporation
10
                                       By:
11
12
13                                              _____
                                                David A. Rosenfeld (SBN: 058163)
14                                              Caren P. Spencer (SBN: 233488)
15                                              Attorneys for Defendant Communication
                                                Workers of America, Union
16
17
18  Dated: September ___, 2010                  LITTLER MENDELSON
                                                A Professional Corporation
19
20                                     By:
21
22
                                                _____
23                                              John M. Skonberg (SBN: 069409)
                                                John S. Hong (SBN: 255150)
24                                              Attorneys for Defendant AT&T Corp.
25
26
27
28
```

[Proposed] Stipulated Voluntary            2                    Case No: CV-09-5614-RS
Dismissal and Judgment

I, Krista L. Shoquist, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

By: _____
Krista L. Shoquist (SBN: 264600)

PURSUANT TO STIPULATION, IT IS SO ORDERED, ADJUDGED AND DECREED

Dated: September 13, 2010

By: _____
Honorable Richard Seeborg